IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-41143
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARIANO GARZA-GARZA,

Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-90-CR-88-3
- - - - - - - - - - -
June 17, 1998
Before DAVIS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Appellant Mariano Garza-Garza (Garza) appeals the 24-month
sentence he received following the revocation of his supervised
release.  For the first time on appeal, Garza argues that
district court erred in failing to consider U.S. Sentencing
Guidelines Chapter 7 policy statements before imposing his
sentence.  Inasmuch as the district court had before it a
sentencing options worksheet outlining the appropriate guidelines
section and it was acting within its discretion when imposing

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Garza's sentence, the district court did not commit plain error when it did not articulate the reasons for not following the U.S. Sentencing Guidelines Chapter 7 policy statements.  See <u>United States v. Ayers</u>, 946 F.2d 1127, 1131 (5th Cir. 1991); <u>see</u> <u>also</u> 18 U.S.C. § 3583(e)(3).

AFFIRMED.